# United States Court of Appeals for the Federal Circuit

February 21, 2014

## ERRATA

Appeal No. 2013-1650

## OTTO BOCK HEALTHCARE LP

**v.**

## ÖSSUR HF AND ÖSSUR AMERICAS, INC.,

Decided: February 14, 2014
Nonprecedential Opinion

Page 5, line 3, "Otto Bock's" has been changed to --Ossur's--.

Page 8, line 30, "Otto Bock's" has been changed to --Ossur's--.